**N. B. EARLY, Jr., Collector of Internal Revenue for the District of Virginia, Appellant, v. CHAS W. PRIDDY & COMPANY, Incorporated, a Corporation, Appellee.**

No. 4175.

Circuit Court of Appeals, Fourth Circuit.

July 7, 1937.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., and H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va., for appellant.

T. D. Savage, of Norfolk, Va., for appellee.

PER CURIAM.

Judgment of District Court reversed. Judgment filed.